No. 39287.—Protests 271053–G, etc., of Bluebird Hats, Inc. (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39288.—Protests 106685–G, etc., of L. B. Vogel (New York).

Opinion by TILSON, J.   Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

BEFORE THE SECOND DIVISION, AUGUST 29, 1938

No. 39289.—Protests 392886–G, etc., of Amberg Schwab & Co., Inc. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise in question is similar to that involved in Abstract 37230.   The claim as articles in chief value of compounds of cellulose was therefore sustained.

No. 39290.—Protests 374083–G, etc., of Harry Angelo Co., Inc. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise in question is similar to that involved in Abstract 37230.   The claim as articles in chief value of compounds of cellulose was therefore sustained.

No. 39291.—Protests 362247–G, etc., of Max Greenberg & Co. et al. (New York).

Opinion by TILSON, J.   On the authority of Abstract 37230 the articles in question were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39292.—Protest 356285–G of F. W. Abbott Corp. (New York).

Opinion by TILSON, J.   On the authority of Abstract 37230 the articles in question were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39293.—Protests 306720–G, etc., of Saks & Co. (New York).

Opinion by TILSON, J.   Certain items in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.